OF THE

### STATE OF NEW-YORK,

IN AUGUST TERM, 1821, IN THE FORTY-SIXTH YEAR OF OUR
INDEPENDENCE.

———◆———

### NICHOLS *against* KETCHUM.

THIS was an action on the case against the defendant, as *sheriff*, in which the plaintiff recovered less than 50 dollars damages. The defendant, therefore, by the statute, being entitled to costs, a motion was made that he be allowed to recover *double* costs.

*J. Tallmadge*, for the defendant.

*P. Ruggles*, contra.

Where a sheriff or other officer is sued, and the plaintiff recovers less than fifty dollars damages, the defendant is entitled to single costs only. The act giving them *double* costs, does not apply to such a case.

*Per Curiam.* The statute (1 *N. R. L.* 155. sess. 24. ch. 97.) gives double costs only where the verdict passes for the defendant, who is sued as an officer, or the plaintiff becomes nonsuit or suffers a discontinuance; not where the plaintiff recovers a verdict against the defendant. That the defendant is entitled to costs at all, depends on another act, (1 *N. R. L.* 343. sess. 36. ch. 96. s. 4.) which is silent as to *double* costs. The defendant, therefore, can recover only single costs.

Motion denied.